# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1731
L.T. Case No. 16-2020-CF-7751-A
_____

ADRIAN MAURICE GORE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Ryan McFarland, of Kent & McFarland, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.

March 24, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, EISNAUGLE, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————